**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY WAYNE LOCKRIDGE,<br><br>    Plaintiff(s),<br><br>vs.<br><br>NEVADA INTERSCHOLASTIC ACTIVITIES ASSOCIATION, et al.,<br><br>    Defendant(s). | Case No. 2:14-cv-00049-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 2) |

  Pending before the Court is Defendant Nevada Interscholastic Activities Association's motion to quash service of process. Docket No. 2. The Court hereby **GRANTS** the motion. Where a plaintiff has submitted his complaint in conjunction with an application to appear *in forma pauperis*, the case is not deemed "commenced" for service of process purposes until the Court rules on the application to proceed *in forma pauperis* and orders the complaint to be deemed filed. *See, e.g.*, *Ecret v. Diamond*, 2007 WL 2743432, *2 (W.D. Wash. Sept. 17, 2007) (quoting *Williams-Guice v. Bd. of Educ. of the City of Chicago*, 45 F.3d 161, 162 (7th Cir. 1995)); *see also* 28 U.S.C. § 1915(a)(1) (the court "may authorize the commencement" of the law suit upon granting an application to proceed *in forma pauperis*). In the event the Court grants the application to proceed *in forma pauperis* and orders the complaint to be deemed filed, then the Court also orders that service will be completed in conjunction with the United States Marshal's Office. *See, e.g.*, *Jenkins v. Lab. Corp. Of Am.*, 2013 U.S. Dist. Lexis 118008, *6-7 (D. Nev. Aug. 20, 2013).

//

The Court has not ruled in this case on Plainitff's application for leave to appear *in forma pauperis*, so Plaintiff's attempted service is premature. In the event the Court grants the application to proceed *in forma pauperis* and orders the complaint to be deemed filed, the Court's order will provide an appropriate time to complete service.

IT IS SO ORDERED.

Dated: February 3, 2014

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE